# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

VANCE PEARSON,

       Defendant,

and

FINANCIAL PARTNERS
CREDIT UNION,

       Garnishee.

_____/

Case No.: 2:24-mc-50469
Hon. Paul D. Borman

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 18 U.S.C. § 3613(a) and 28 U.S.C. §§ 3002, 3202, and 3205 of the Federal Debt Collection Procedures Act (FDCPA) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant, Vance Pearson as follows:

1. On July 6, 2021, a judgment was entered against Vance Pearson in Criminal Case No.: 2:19CR20726 02 in the amount of $250,100.00, and the outstanding balance as of May 14, 2024, is:

    $250,000.00        Judgment Amount[1]
    <u>($25,236.07)</u>       Credits applied to Judgment[2]
    $224,863.93       Debt balance

2. Pursuant to 18 U.S.C. § 3613(c), upon entry of judgment, a lien arose against all of Pearson's property and rights to property. The reference to rights to property of a defendant includes assets "owned or controlled by the defendant," (emphasis added). *See* 18 U.S.C. at § 3664(d)(3).

3. The Defendant-Judgment Debtor's full name is Vance Pearson, social number is \*\*\*-\*\*-7831, whose last known address is in Saint Charles, Missouri.[3] More than 30 days has elapsed since demand for payment of the debt was made, and Pearson has failed to satisfy the debt.

4. To enforce the judgment entered against Pearson, the United States requests that a Writ of Garnishment be issued for service upon the garnishee. The name and address of the garnishee and its authorized agent is:

---

[1] The judgment imposed a $100.00 mandatory special assessment under 18 U.S.C. § 3013 plus $250,000 in restitution under 18 U.S.C. § 3664. ECF No. 82. Interest is not accruing on the debt. *Id*.

[2] Pursuant to 18 U.S.C. § 3612, payments are applied first to special assessments, then to restitution to all victims. Defendant has also been given credit for payments received from jointly and severally liable co-defendants in accordance with 18 U.S.C. § 3664(h) if applicable.

[3] Pursuant to Fed. R. Crim. P. 49.1, the defendant's social security number has been redacted to the last four digits and the defendant's home address has been redacted to the city and state to prevent public disclosure. Upon request of the court, the full social security number and address will be provided *in camera*.

        Financial Partners Credit Union
        P.O. Box 7005
        Downey, CA 90241

5. The Garnishee, its affiliates, successors, or assigns, is believed to be in possession, custody, or control of substantial nonexempt property belonging to or due Pearson, and said property is a nonexempt interest of the debtor.

6. After the Garnishee has been served, pursuant to 28 U.S.C. § 3202(c), the United States will serve Pearson and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment. The United States will serve Pearson by regular mail to his last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full. *See* 18 U.S.C. §§ 3612(b)(1)(F) and 3572(d)(3) and 3664(k).

        Respectfully submitted,

        DAWN N. ISON
        United States Attorney

|  |  |
|---|---|
|  | /s/ Jessica A. Nathan |
|  | JESSICA NATHAN |
|  | Assistant U.S. Attorney |
|  | 211 W. Fort St., Ste. 2001 |
|  | Detroit, Michigan 48226 |
|  | Phone: (313) 226-9643 |
|  | E-mail: Jessica.Nathan@usdoj.gov |
| Date: May 15, 2024 | Bar No.: (TX 24090291) |