**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v

      Case No.: 24-MC-50469
      Hon. Nancy G. Edmunds

VANCE PEARSON,

      Defendant,

and

FINANCIAL PARTNERS
CREDIT UNION,

      Garnishee.

_____/

## ANSWER OF THE GARNISHEE

I, _DENNIS MARTINEZ_, the _SUPERVISOR SUPPORT SEVICES_ of Garnishee, **FINANCIAL**
      (name)            (title)

**PARTNERS CREDIT UNION**, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[   ] An individual doing business in the name of _____,

[   ] A partnership, [   ] LP, [   ] LLP, or LLC,

[ X ] A corporation, organized under the laws of the State of _CALIFORNIA_,

[   ] An executor or personal representative of an estate in the County of

_____, State of _____,

[   ] Other: _____.

On  5-10-2024  , Garnishee was served with a Writ of Continuing
(date)
Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the Judgment Debtor:

1. **Financial Accounts:**

**Account 1**
Type: REGULAR SHARE (SAVINGS
No. 203125-1
Title owner(s): VANCE R PEARSON
Amount: $ 105.88

**Account 2**
Type: CHRISTMAS CLUB
No. 203125-9
Title owner(s): VANCE PEARSON
Amount: $ 241.34

**Account 3**
Type: CHECKING
No. 203125-80
Title owner(s): VANCE PEARSON
Amount: $ 33,750.51

**Account 4**
Type: REGULAR SHARE (SAVINGS
No. 239515-1
Title owner(s): ERIKA AND VANCE PEARSON
Amount: $ 2,1410.17

\* MORE ACCOUNTS NEXT PAGE \*

2. **Safety Deposit Box:**

Box No.:  N/A
Last accessed:
Owner(s) other than Judgment Debtor:

3. **Real Property located at:**  N/A

4. **Detail other personal property in the Garnishee's possession, custody, or control:**  N/A

5. **Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?** [     ] Yes or [ X ] No

2

Financial Accounts Continued:

Account 5
Type: First Step Savings
No. 705690-1
Title owner(s): Aspyn S Pearson and Vance Pearson
Amount: $133.32

Account 6
Type: First Step Savings
No. 705693-1
Title owner(s): Ava S Pearson and Vance Pearson
Amount: $133.27

Account 7
Type: First Step Savings
No. 705694-1
Title owner(s): Cynai R Pearson and Vance Pearson
Amount: $133.26

If the answer is yes, describe below (include case number, state, county):

_____

_____

**6. Garnishee has contracted with or employed the Judgment Debtor from**

   __11-8-1993__ to __PRESENT__.

**7. Judgment Debtor's pay period is:** WAS

THYSSENKRUPP                                            UAW

   [ X ] weekly, [ ___ ] bi-weekly, [ ___ ] semi-monthly, [ X ] monthly, other:

   _____.

**8.** Enter amounts for the current pay period to calculate garnishment as of date of Writ service to calculate garnishment:

   **(a)** Gross Earnings[1]                      $ _____

   **(b)** Less deductions required by law:

       Federal Income Tax              $ _____

       F.I.C.A.                        $ _____

       State Income Tax                $ _____

       City/Local Income Tax           $ _____

       Total of tax withholdings       $ _____

   **(c)** Disposable Earnings[2]

---

[1] "Earnings" means compensation paid or payable for personal services, whether denominated as wages, salary, commission, bonus, or otherwise, and includes periodic payments to a pension or retirement program. 28 U.S.C. §§ 3002-(5)-(6) and (9).

[2] "Disposable earnings" means that part of earnings remaining after all deductions

3

    (**a** less total of **b**)          $ _____

75% of Disposable Earnings $ _____ (exempt pay to Judgment Debtor)

    **(d)** Non-exempt disposable earnings[3] required to be withheld is the lesser of:

25% of disposable earnings $ _____ or

Disposable earnings less $217.50 = $ _____.[4] (c) less (30 x $7.25)

### DO NOT DISBURSE WITHHOLDINGS UNTIL FURTHER COURT ORDER.

### NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE EMPLOYER.

**9. Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest?** [    ] Yes or [ X ] No

If the answer is yes, describe below (include any case number, state, county):

|   | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. |   |   |   |
| 2. |   |   |   |

---

required by law have been withheld. *Id.*

[3] "Non-exempt disposable earnings" means 25 percent of disposable earnings. *Id.*

[4] Under federal law, 18 U.S.C. § 3613(a)(3) and 15 U.S.C. § 1673, the maximum subject to garnishment is 25% of disposable earnings for a week or the amount by which disposable earnings for a week exceed 30 times the federal minimum wage.

4

| | | |
|---|---|---|
| 3. | | |
| 4. | | |

Other details: _____

_____

IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:

Check and complete the applicable line below:

[   ] Garnishee has the following objection(s), defense(s), or set-off(s):

[   ] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) VANCE PEARSON, at: 1727 CIERA RIDGE CTS    SAINT CHARLES MO    63303

(2) [ X ] by electronic filing or [   ] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [   ] by electric filing or [   ] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

5

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this  9TH  day of  SEPT , 20 24 .

_____  DENNIS MARTINEZ
(Signature)                              (Print Name)

Title  SUPPORT SERVICES SUPERVISOR

Address  7800 E IMPERIAL HWY

City, State, Zip  DOWNEY, CA 90242

Telephone and Fax Number  562-904-3094 / FAX 562-904-4236

Email  DENNISM@FPCU.ORG

STATE OF _____

COUNTY OF _____

Taken, subscribed, and sworn to before me this _____ day of _____, 2024.

_____
Notary Public Signature

(Seal)                              My Commission Expires _____

See Next page.

6

**CALIFORNIA JURAT**            **GOVERNMENT CODE § 8202**

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on

this __9th__ day of __September__, 20__24__, by
    Date            Month         Year

(1) __Dennis A Martinez__

(and 2) _____,
                     Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
               Signature of Notary Public

[Notary Seal: ANA M. FUENTES, Notary Public - California, Los Angeles County, Commission # 2396414, My Comm. Expires Mar 9, 2026]

*Place Notary Seal and/or Stamp Above*

---
**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __united states District Court Eastern District of Michigan sauther Division Garnishe__

Document Date: __9/9/2024__      Number of Pages: __6__

Signer(s) Other Than Named Above: __none.__

©2019 National Notary Association