UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VANCE PEARSON,

        Defendant,
and

FINANCIAL PARTNERS
CREDIT UNION,

        Garnishee.
                                        /

Case No. 2:24-mc-50469

HONORABLE STEPHEN J. MURPHY, III

## **GARNISHEE ORDER TO PAY**

The United States requested a writ of garnishment for funds belonging to or being held on behalf of Vance Pearson. ECF 1, PgID 1–2). The writ was issued on May 15, 2024, ECF 2, PgID 15–24, and served on case parties on August 20, 2024, ECF No. 3, PgID 25–26, and subsequently noticed to third party individuals Erika Pearson, Cynai Synder, Aspynn Pearson, and Ava Pearson on or about September 18, 2024. Financial Partners Credit Union filed its answer disclosing that it held $36,643.75 in seven separate accounts for which Pearson was identified as an owner or joint owner. ECF 4, PgID 27–34.  Neither Pearson nor any of the interested parties have filed a request for a hearing and objection to the garnishment.

The Court having reviewed the record, now, therefore;

**WHEREFORE**, it is hereby **ORDERED** that Financial Partners Credit Union

1

shall liquidate the interest of Pearson's account identified in its answer, to include funds frozen at the time of the service of the writ or thereafter deposited into the share account, and shall remit said funds to the United States, care of Clerk's Office, Theodore Levin U.S. Courthouse, 231 W. Lafayette, Rm 599, Detroit, MI 48226

**IT IS FURTHER ORDERED** that upon receipt of the funds from the liquidation of this account, the United States acknowledges that the writ of garnishment issued on May 15, 2024 shall be dissolved; any and all freezes imposed on Pearson's accounts at Financial Partners Credit Union shall be released; and,

**IT IS FURTHER ORDERED** that the Clerk of the Court shall disburse these funds in accordance with the provisions of the judgment entered in case number 2:19-cr-20726-02.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: October 8, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 8, 2024, by electronic and/or ordinary mail.

s/ R. Loury
Case Manager